# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00407-CV

**In re Jaime Luevano**

### ORIGINAL PROCEEDING FROM CORYELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jaime Luevano has filed a petition for writ of mandamus directed at Texas Governor Greg Abbott. However, we have no jurisdiction to issue a writ of mandamus against the governor unless necessary to enforce our jurisdiction, which is not implicated here. *See* Tex. Gov't Code § 22.221(b); *see also In re Luevano*, No. 03-15-00014-CV, 2015 WL 267889, at *1 (Tex. App.—Austin Jan. 14, 2015, no pet.).

The petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: August 27, 2021